| | |
|---|---|
| 1  JOSEPH P. RUSSONIELLO (CASBN 44332)<br>United States Attorney | |
| 2 | FILED |
| 3  BRIAN J. STRETCH (CASBN 163973)<br>Chief, Criminal Division | 2010 JAN 20  P 2: 14 |
| 4  DAVID R. CALLAWAY (CASBN 121782)<br>Assistant United States Attorney | RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>N.D. CA. SAN JOSE |

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5596
Facsimile: (408) 535-5066
E-Mail: david.callaway@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 85-02131 PVT |
|---|---|
| Plaintiff, | ) GOVERNMENT'S REQUEST TO DISMISS<br>) INFORMATION AND RECALL ANY<br>) OUTSTANDING WARRANTS;<br>) ORDER [PROPOSED] |
| v. | |
| NICHOLAS RIVERA, JR., | |
| Defendant. | |

COMES NOW THE UNITED STATES OF AMERICA appearing through the undersigned Assistant United States Attorney and moves this Honorable Court for an order dismissing the above-captioned Information and recalling any outstanding bench warrants issued based on that Information. The facts supporting this request are as follows:

Defendant was charged by Information on September 17, 1985. A bench warrant issued by Judge Ingram was returned unexecuted. The warrant was ordered dismissed by Magistrate Judge Langford on February 1, 1990, but no Order of Dismissal was ever issued by the Court. In view of the age of the case, and its status as a misdemeanor, the government respectfully asks the Court to dismiss the Information in the interests of justice, and to recall any outstanding warrants issued

Request to Dismiss Information; Order

thereon.

Accordingly, the government respectfully requests that the above-captioned case be dismissed and that any warrants issued thereon be recalled.

DATED: January 18, 2010

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

DAVID R. CALLAWAY
Assistant United States Attorney

## ORDER

Upon application of the United States, and good cause having been shown therefor,

**IT IS HEREBY ORDERED** that the above-captioned Information is DISMISSED, and any warrants outstanding issued thereon are RECALLED.

PATRICIA V. TRUMBULL
United States Magistrate Judge

1/19/2010

**Request to Dismiss Information; Order**

2